IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

FEB 1 7 2022

Clerk, U.S. District Court
By_____ Deputy Clerk

_Gabriel Desmond Yankey Jr_ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )

vs.

Case Number  6:22-cv-1048-TC-KGG
_____

_Kansas Highway Patrol Officer_ )
Name   _(C.Enives)_ )
_525 N Main 7th Floor_ )
Street and number )
_Wichita, KS    67203_ )
City       State       ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff _Gabriel Desmond Yankey Jr_

Address  _1645 S Woodlawn_

_Wichita, KS  67218_

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.   Defendant _L. Enives (no 486)_ is

employed at _Kansas Highway Patrol_

_____

C.   Additional Defendants _Wichita Municipal Court, ~~...~~_
~~...~~_, Brock Dewalt, Lindsey Battisti, Kurel Hayes_
_City of Goddard Municipal Court, Derby police dept, John Colver_
_KS-District Court, tenth circuit court WPD officer Kandykstrd (2196)_
_Eastborough police Dept_

II.   Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.   (If Applicable) Diversity of citizenship and amount:

1.   Plaintiff is a citizen of the State of _Kansas_.

2.   The first-named defendant above is either

a.   a citizen of the State of _Kansas_; or

b.   a corporation incorporated under the laws of the State of
_Kansas_ and having its principal place of business
in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.   a citizen of the State of _Kansas_; or

b.   a corporation incorporated under the laws of the State of
_____ and having its principal place of business in a
State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☒ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☒ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

Title VII The Civil Right Act of 1964 ", 42 UXC § 2000e et
seq 353
Civil Rights Act of 1964, P.L. 88-308, 78 stat. 241 (1964) (1964)

~~the property damage~~ 18 U.S.C. §241, 242

42 U.S.C 2000d - 34 U.S.C. 10228    34 U.S.C 12601
U.S.C. 14141(a) law enforcement misconduct

III.   Statement of Claim:   (FCA) 31 U.S.C. 3729 - 3733

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

Around Fall 2019

Derby PD - denied me equal rights of a US citizen when I
reported my Jewelry stolen, AND had proof of the theft,
the DPD failed to take ANY Action. The jewelry was
stolen from me by Brock Gewalt & Lindsay Pattison at her apt.
I have correspondence of their texts and snaps as evidence
of the crime and possession.

IV.    Relief:  kindly hand over authority/power/equipment and all military weapons to me.

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)   Default judgement

2 highly secured opulent private homes - one on mission beach, one on lake havasu. ~~crossed out text~~ Judgement by default

V.     Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.    Do you claim actual damages for the acts alleged in your complaint?
       Yes ☒    No ☐

VII.   Do you claim punitive monetary damages?   Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

In total ~~crossed out~~ $ 300 million. I am entitled to recovery under the constitution of the United States of America, when a Court or govt is in violation thereof.

VIII.   Administrative Procedures:

A.      Have the claims which you make in this civil action been presented through
any type of Administrative Procedure within any government agency?
Yes ☑   No ☐

B.      If you answered yes, give the date your claims were presented,
how they were presented, and the result of that procedure:

_____Pending_____

_____

_____

C.      If you answered no, give the reasons, if any, why the claims made in this
action have not been presented through Administrative Procedures:

_____

_____

_____

IX.   Related Litigation:

Please mark the statement that pertains to this case:

☒          This cause, or a substantially equivalent complaint, was previously filed in
this court as case number 6:22-cv ~~_____~~ and assigned to the Honorable
0130-HLT-JPO
Judge ____Teeter_____.

☐          Neither this cause, nor a substantially equivalent complaint, previously has
been filed in this court, and therefore this case may be opened as an original
proceeding.

_____
Signature of Plaintiff

Gabriel Desmond Yankey IV
Name (Print or Type)

1645 South Woodlawn, Wichita, KS, 67218
Address

5

Wichita          KS          67218
City            State        Zip Code

770 - 568-4896
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita,   ☐ Kansas City , or   ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {   ☒ Yes or   ☐ No   }
(Select One)

_____
Signature of Plaintiff

Dated: 2/14/22
(Rev. 10/15)

## IMPORTANT NOTICE

DUE TO YOUR RECENT ARREST OR COMMITMENT TO THE SEDGWICK COUNTY DETENTION FACILITY ON CASE: **21CM000743**, ADDITIONAL FEES HAVE BEEN ADDED TO THE CASE.

YOUR CURRENT BALANCE ON THIS CASE IS:      **$923.58**

YOU MUST PAY THE BALANCE DUE OR THE MATTER WILL BE TURNED OVER TO A COLLECTION AGENCY FOR COLLECTION.

IF YOU ARE CURRENTLY MAKING PAYMENTS ON A PAYMENT PLAN, PLEASE CONTINUE TO DO SO. YOU WILL NOT NEED TO SIGN UP FOR A NEW PLAN. THE ADDITIONAL FEES HAVE BEEN ADDED TO YOUR PAYMENT PLAN.

IF YOUR CASE REQUIRES A COURT APPEARANCE AND REMAINS PENDING, YOU ARE NOT REQUIRED TO PAY THE AMOUNT ABOVE UNLESS FOUND GUILTY.

**PAYMENTS CAN BE MADE ON-LINE, BY TELEPHONE, MAIL, OR IN-PERSON.**
*CASES SENT TO COLLECTIONS CAN NOW BE PAID ON-LINE OR WITH THE AUTOMATED PHONE SYSTEM.

Scan with any QR reader to access case information or pay court obligations.



- **TO PAY ON-LINE, GO TO: https://www.wichita.gov/webcourts**
- **TO PAY BY TELEPHONE, CALL (316) 268-4611, ANYTIME.**
- TO PAY BY MAIL OR IN-PERSON, PLEASE USE THE RETURN ADDRESS.
- CITY OF WICHITA DROP BOXES ARE ALSO AVAILABLE AT YOUR NEIGHBORHOOD CITY HALL AND MOST DILLON'S STORES.

**ALLOW AT LEAST THREE (3) BUSINESS DAYS FOR MAIL TRAVEL TIME. PLEASE DO NOT MAIL OR DEPOSIT CASH IN THE DROP BOX. ALSO, INCLUDE ANY CITATION OR CASE NUMBER ON THE FRONT OF CHECKS AND MONEY ORDERS.**

*See Reverse Side For Easy Opening Instructions*



**WICHITA**
**MUNICIPAL COURT**
**CITY OF WICHITA**
**MUNICIPAL COURT**
**455 N MAIN 2ND FLR**
**WICHITA KS 67202-1681**

Hasler          FIRST-CLA
12/27/2021
US POSTAGE $000.

ZIP 67
011D1280

GABRIEL D YANKEY
1645 S WOODLAWN
WICHITA, KS  67218

 # Municipal Court 

City of Goddard • State of Kansas • Sedgwick County

P.O. Box 667 • 118 N Main • Goddard, Kansas 67052 • 316-794-2441 • FAX: 316-794-2401

## PAYMENT AGREEMENT

NAME: Gabriel Yankey          DOCKET #: 202100241

BALANCE DUE: $ 338.50   *(Fine / Costs + $25 installment fee if applicable).*

➢ The balance noted above maybe subject to change. In certain cases, additional fees such as Court appointed attorney fees, restitution, reinstatement fees, warrant fees, suspension fees; etc. may be assessed to a case.

➢ Persons with Fines/Costs of $599 or less may be given a maxium of 90 days to pay in full upon payment of a $25 installment fee. Persons with fines/Costs of $600 or more may be given a maximum of 180 days to pay in full upon payment of a $25 installment fee. *(City of Goddard Ordinance No. 754)*

I agree to pay $ ____0____ today and

☐ I agree to pay the remaining balance in (Monthly / Bi-Weekly / Weekly)
  installments of $ __25__ beginning __2/11/22__.

☐ I agree to pay the remaining balance in full by __4/11/23__.

➢ If payment in full is not received within 30 days from the agreement date, a $25 installment fee will apply.

## Please contact the Court Clerk at 316-794-2441 for the final payment amount.

I understand in the event I am unable to make a payment as agreed upon, I am required to contact the Goddard Municipal Court Clerk to make other arrangements; or risk the possibility of additional action. Said action may result in a bench warrant, additional fines, suspension of driver's license and/or activation of a collection process.

_____    _____        _____  1/11/22
Defendant Signature          Date           Witness Signature   Date

_____
Defendant Phone #

## CHANGE OF ADDRESS

Name: _____    Phone: _____

Street _____

City: _____    State: _____ Zip Code: _____

2:40 ✈

.ıll LTE 🔋

Cancel

**New message**

To   **John Colver,**                                                    **+**



# John Colver

 I coming for you now



**Missed audio call**
Tap to call back

 Who the bitch now

**Missed audio call**
Tap to call back



**Missed audio call**
Tap to call back



**More options**

*FB messages to Desmond - threats*

2:18

**ılı LTE**

Cancel  **New message**  +

To.  **John Colver,**

**Missed audio call**
Tap to call back

**Missed audio call**
Tap to call back

**Missed audio call**
Tap to call back

**Missed audio call**
Tap to call back

**Missed audio call**
Tap to call back

**Missed audio call**
Tap to call back

Pulling up to your house in 10.
Better have cash

**More options**

*[handwritten note in left margin]* FB missed calls from John Colver and threats asking for money



FB Messenger J. Colver to D. Yankey



2:26

**Re: Suspect**   AA

robbery evidence
submitted email to WPD

6: 22 - cr - 1031 - 14H L - TJ5

Sent from Yahoo Mail for iPhone

On Thursday, October 28, 2021, 9:44 AM, Long, Nick
< NLong@wichita.gov > wrote:

I still have no new updates or news in regards to the case.

**From:** Desmond Yankey <yankeyd2@yahoo.com>
**Sent:** Wednesday, October 27, 2021 7:46 PM
**To:** Long, Nick <NLong@wichita.gov>
**Subject:** Suspect

CAUTION: This email originated from outside of the organization.
Do not click links or open attachments unless you recognize the
sender and know the content is safe.

I don't know the name of the guy, but "Relly Rellz" is the
alias. I saw on a Snapchat account he was released from jail
recently. I'd like some kind of help plz

Sent from Yahoo Mail for iPhone

View less


Delete


Archive


Move


Reply

• • •
More



2:25

**Re: Suspect**





Sent from Yahoo Mail for iPhone

View more

 Delete    Archive    Move    Reply    More

Robbery/Burglary evidence That was submitted to EWPD. No catch as officer arrests.

6:22-cv-1081-14N-JJ



Burglary/Robbery Suspect -kurel Hayes - email to WPD officer Long. (No Action)


.ıll cricket  LTE                    2:56 PM                    ◀ 1% ▭

< 85



(316) 518-1259 >

trouble!

I will be expecting him to show
up though

> You better talk to him bout his
> jewelry

Delivered

I don't need to talk to him
about anything.

• • •


Brock — Livesay — (Text)



 cricket LTE **2:53 PM** ◢ 2% 



(316) 518-1259 >

Broch I would never disrespect you. I'm sorry if I did. I thought u were saying he is crazy as in scary as fuck

I meant no harm. I'm so sorry

Wow

Are u really going over there

Yes

I don't want you to get into any trouble!

I will be expecting him to show up though

You better talk to him bout his jewelry

Delivered

  iMessage 

      

Lindsey — Broch Dewalt (Text)



Broch – Lindsey – Snapchat
(screenshot) – Broch msg to me
on snap

There's your jewelry pussy

Now see me

            



**LINDSAY**

Lemme pull on that nigga dick

Battisti
Lindsay snapchat to me after stolen jewelry from her and both of us
(Racist remarks)





**Broch Dewalt**

Bring some more jewelry with you too

**ME**

1645 s Woodlawn

**BROCH**

Lmao i thought yo broke ass could pay $40 back to ... you asked me to get it back you dumb bitch

Tf I look like wearing that fake ass shit

Imma keep it tho

And beat your ass

TODAY
YOU TOOK A SCREENSHOT OF CHAT!

**ME**





Broch Dewalt admitting he has my jewelry on explicit messages to me





My attorney was a POS in the first place

Do u know if she can even do that?

Yea how else would my BM know about the piss tests

U the only one that knew dumbass

I don't give a fuk how she knew about your piss test I don't even know the truth about all of your s***

You lied to me about that too so how the f*** would I know to tell her

U don't need to know about none of my shit. But Kno this. The man u are talking to now, is not on playtime. So I would tread lightly

U didn't contact me and say hey there cops questioned me

Katie the PFAs was some bullshit. We both know that. Also u had spoken or attempted to file something early January as well. I have all the paperwork, but it is what it is. In my opinion you were hurt but

Katie Dobbs & Ashley Tucker Text — 6:22-cv-1041-TAP-GGB

6:22-cv-1041-SAC-JPO-(Katie Dobbs)

Tucker 2 case - 6:22-cv-1031-RBIV-TJJ



+1 (316) 706-3170 >

Katie the PFAs was some bullshit.
We both know that. Also u had
spoken or attempted to file some-
thing early January as well. I have
all the paperwork, but it is what it
is. In my opinion you were hurt but
in a similar fashion it was revenge
in a way. My child's mom had no
clue about the dirty piss tests
either. One person knew an it was
you. You only. U kept her number
in her phone. As for the other
situation, what further displays
the ill intent was you not warning
me that you'd been questioned. U
are smarter than what u you act
or are telling me and I know how
u felt. Our relationship started
with cheating and again I kept on
cheating bc you didnt take me
seriously from the get go

You made a copy of my house
key without me knowing. You con-

I'm not sure.

Wtf

Girl he needs to MOVE TF ON
and get over it

To me that first txt "tread lightly
" is a threat

Katie Dobbs & Ashley Tucker Text ~ 6:22-cv-1041-JAR-GEB

6:22-cv-1041-JAR-JPO - Kobbs)

Tucker cases- 6:22-cv-1021-KHV-TJJ

He knows I talked to you bc your attorney knew he had failed several UAs and said only I knew that and was helping you..

His probation is up in a few weeks..

What the ACTUAL FUCK! my attorney talked to him ?????

isn't that illegal

I obviously denied that I have talked to you for fear of further retaliation..so if that wver comes up please don't ever say that we talk

For her to disclose anything like that

I won't I PROMISE u that

My attorney was a POS in the



+1 (316) 706-3170 >

Wtf

Girl he needs to MOVE TF ON and get over it

To me that first txt "tread lightly " is a threat

What's that even mean

I'm so sorry

Yea just trying to not get caught back up in his negativity..he is so mean and nasty still. Just giving you a heads up bc he will probably trying to start seeing your son after probation is up.

Smh

Thank you for that.

Here we go

You're welcome

Text Message



+1 (316) 706-3170

Thank you for that.

Here we go

You're welcome

Don't mean to worry you either but just be prepared.. praying ! God has us!!

I kno u aren't and your not I really appreciate u

Same to you!

Hope you and the kids are well..always here for you lady!!

I know u are and we are doing well, wbu???

Me and the boys are well too!!

Text Message

Katie Cobb + Ashley Tucker Text 6:22-cv-1041-JAR-GEB

6:22-cv-1041-JAR-JEB Cobb/Tucker

→ Tucker cases - 6:22-cv-1081 - KHV - JJJ

⑥

Same to you!

🤞

Hope you and the kids are well..always here for you lady!!

I know u are and we are doing well, wbu???

Me and the boys are well too!!

Great! Hope I have an AWESOME Xmas and I'll keep in touch! ☺

Thanks you guys have a great Christmas as well!

Text Message

Katie Dobbs + Ashley Fielder text 6:22-cv-1041-JWB-GEB

6:22-cv-1041-JWB-JPO - (K.Dobbs)

→ Tucker case - 6:22-cv-1031-KHV-TJJ



 

**Katie Dobbs**
Messenger

Yea I coach the 2nd going into third. But I know all the other older grades coaches and could point you in the right direction. I just took a look at your profile and seen you guys play baseball with one of our football kids Caden. He didn't play this last year but he did in first grade. He was a good player just had bad anxiety before games.



Yea that would be cool! He wants to play but I want him on a team where he will Excell.. same w this basketball.

👍 1

You still kick it with Des?

No..

We cordial tho

He's just not trustworthy



     Aa    

FB Messenger
Katie Dobbs & Garrett Clark

6:22 -cv- 1041- 74K - 580

Conv (FB) w/ Garrett Clark + Katie Dobbs case — 6:22-cv-1041-TPK-JPO



No..

We cordial tho

I haven't seen him since you were with him.

His baby mama  got him locked up for a minute

You haven't talked to him

Yea we have talked just haven't linked up since then.

Congratulations on the baby too!!  Mad that I didn't get to hold him!!

Thanks he shakes things up in this household lol

*modified by Katie*

Done                    **5 of 5**

No..

We cordial tho

I haven't seen him since you were with him.

His baby mama  got him locked up for a minute

You haven't talked to him

Yea we have talked just haven't linked up since then.

Congratulations on the baby too!!  Mad that I didn't get to hold him!!

Thanks he shakes things up in this household lol

6:22-cv-1041 — SAR-5P0

IN THE DISTRICT COURT OF **SEDGWICK** COUNTY, KANSAS
Protection from Stalking, Sexual Assault, or Human Trafficking (K.S.A. 60-31a01 *et seq.*)

 **COPY**

## Final Order of Protection from Stalking, Sexual Assault, or Human Trafficking

| Judge or Division: | Case Number: **2021-DM-000695-PS** |
|---|---|
| BEASLEY | Court ORI Number:   KS087015A |

| Plaintiff: | **Protected Person** Identifiers: |
|---|---|
| Alexis Colver | **Name:** Alexis J Colver |
| | **Year of Birth** 2000 |
| vs. | **Sex:** Female |

Defendant:

Gabriel D Yankey

Address
1645 S Woodlawn
Wichita, KS 67218

Defendant Identifiers:

| SEX | RACE | YOB | HT | WT |
|---|---|---|---|---|
| M | | 1986 | | |
| HAIR | EYES | LAST 4 DIGITS OF SSN *(IF KNOWN)* | | |
| | | | | |
| DRIVERS LICENSE # | | DL STATE | | DL EXP. DATE |
| | | | | |

Appearances:   ☒ Plaintiff        ☐ Defendant        ☒ Defendant Fails to Appear
☐ Plaintiff's Attorney   ☐ Defendant's Attorney   ☐ Other _____

**Protected Person**: Alexis J Colver (name)

**This Final Order and its terms are directed at and apply to Defendant only.**

## This order shall be effective until: February 25, 2022.

### ONLY THE COURT CAN CHANGE THIS ORDER.

**The Court Finds:**  *(Only the provision(s) initialed by the judge apply.)*

Plaintiff filed a written verified petition on 2/11/2021 requesting an Order of Protection from Stalking, Sexual Assault, or Human Trafficking.  Prior to this hearing, Defendant was given reasonable notice of the date set for the hearing, together with a copy of the petition and any ex parte order of protection from stalking, sexual assault, or human trafficking, by personal service on 2/18, 2021.

This court has jurisdiction over Plaintiff, Defendant and subject matter.

The matter was heard and submitted to the court which finds
☒ that Defendant was personally served and failed to appear; therefore, the court grants the petition by default.
☐ that the allegations of stalking, sexual assault, or human trafficking are proven by a preponderance of the evidenced as required by K.S.A. 60-31a05.

Defendant represents a credible threat to the physical safety of the Protected Presons(S).



**Lexi Colver** 📞

jealous of him?

Why do people have a proble
with him?

Yeah lol I think they were watching
and waiting till we left cz it
happened as soon as we got down
the street. As for the knowing
where to go it had to be someone
close to him and rellz had just
came over a few hours before and
was overly curious about wanting
to watch him weigh it out. Or Tyler
cz Tyler's cousin had came over a
few nights before that to get stuff
as well. And just some of his
"friends" catch an attitude
anytime he gets something new or
something good happens. And
there's different people who have
different problems with him, it just
comes from the lifestyle

Alexis Colver message - Cassandra ?
FB - developing a robbery that took place
at my home. RELS have footage)

& Rellz - Jarrel Hayes

"Tyler" - Tyler Neely

redacted —
case - 6:22-cv-1041-JWK-JPO
6:22-cv-1031-KHV-TJJ

INSTRUCTION NO. ___2___

The indictment in this case charges substantially as follows:

### COUNT 18

On or about November 19, 2010, in the District of Kansas, the defendant,

**DESMOND YANKEY,** — Suggestive of guilt? Manipulative (Judgement)

did unlawfully, knowingly, and intentionally distribute approximately 26 grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT 21

On or about December 9, 2010, in the District of Kansas, the defendant,

**DESMOND YANKEY,** — Judge Rebot? manipulative coercive Judge Rebot

did unlawfully, knowingly, and intentionally distribute approximately 112 grams of a substance or mixture containing a detectable amount of cocaine, a controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

words of — Month Belot

Case — 6:22-cv-01048-14AV-SPO

114



Correspondence w/ Yarley

case - 6:22-cv-1030-HLT-JPO



1:11

To: **Joe Burger,** |

how I identified Desmond with
Desmond

No one is questioning your
knowledge of the game. I
understand that you are trying to
do good. Let me keep working on
it. Send your stuff to the email i
sent you. If you want to cc me you
can
jburger@kansasyouthsoccer.org.

Keep on the path you are on! Keep
doing the right things.

Ok I'll get sent.

Aa

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M

123    space    return

1:11

Cancel          **New message**

To:  **Joe Burger,** |                              +

> Any news yet coach?

Still working through it

SEP 14, 2020, 2:10 AM

> Ok

SEP 14, 2020, 9:19 AM

> Potential date ?

> Do I need to submit anything?

> I don't understand what is to consider? The motion states what

Aa

Q W E R T Y U I O P

A S D F G H J K L

⇧ Z X C V B N M ⌫

123        space        return

6:22-cv-1030-HLT-JPO

6:22-cv-1030-HLT-JPO

1:11

**New message**

Cancel

To: **Joe Burger,**

+

our Rusk Management. Will be in touch.

AUG 29, 2020, 6:46 AM

If you need documentation or anything let me know

Thanks

I will!

SEP 13, 2020, 7:16 PM

Any news yet coach?

Aa

Q W E R T Y U I O P

A S D F G H J K L

Z X C V B N M ⌫

123 space return



Case — 6:22-cv — #030 — HLT — JPO

1:12 ◀

**New message**                    Cancel

To:  **Joe Burger,**                               +

It will go to our risk management
committee.   Email me all the info
you have on that stuff.   Email me
at
Jburger@kansasyouthsoccer.org
and
riskmgmt@kansasyouthsoccer.org

> Screenshot and send on here?

> All I have is the KYSA judgement

Email them          ↓

123          space          return

841044/218  RR Donnelley ©2019. All rights reserved. - 0667

**Uniform Complaint & Notice to Appear**
**Municipal Court, City of Wichita,**
**Sedgwick County, State of Kansas**
**Page ___ of ___ Pages**

WPD Case No.: 21C019271

COPY OF COMPL.

**19M 015817**

& NOTICE TO APPEAR
☐ Sign Lang. Interp.

THE UNDERSIGNED HEREBY DECLARES UNDER PENALTY OF PERJURY THAT
THE FOLLOWING IS TRUE AND CORRECT:
ON THE ___1___ DAY OF __April__ , 20 _21_ AT _2_:15 __ M

| Y | a | n | k | c | l | y | | | J | R | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Last Name**

| G | a | b | r | i | e | l | | | | | | | | | | | | | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**First Name**  M.I.

| BIRTH DATE | AGE | RACE/SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| 2-5-86 | | B/m | 600 | 185 |

| D.L.# | CLASS | STATE | SOC. SEC. #(if different) |
|---|---|---|---|
| K01 35-3212 | C | KS | 513 06-0228 |
| 1645  Woodlawn | | | |

| CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|
| Wichita | KS | 67218 | 770-548-4846 |

**HOME STREET ADDRESS**

**BUSINESS NAME/ADDRESS/TELEPHONE**

did unlawfully at: _2800 E Kellogg_

Approximate Location of Offense Charged

WITHIN THE CORPORATE LIMITS OF THE CITY OF WICHITA, SEDGWICK CO., KS.,
DID OPERATE A VEHICLE: _Maserati____

| Make | Model | Color |
|---|---|---|
| KS | SG | 107 2XD |

Vehicle License Mo. / Yr.   State   County   License Plate No.
AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

☐ Speed ____MPH in a ____MPH ZONE Radar# ____
11.24.
☐ No D.L. in Poss. 11.42.010
☐ D.L. Restrict. 11.42.035(a)
☐ Drive While Susp. 11.42.030(c)
☐ Seat Belt Viol. 11.38.285
☐ Child<4 Restr. 11.38.370(a)___
☐ Defective Equipment Viol.
11.60.
☐ Auto License Viol. 11.38.300___
☐ Inattentive Driving 11.38.175
☐ Careless Drive 11.38.170___
☐ Reckless Drive 11.38.160(a)___
☐ Transport Open Container
11.38.158(b)___
☒ Other Violations: _Evade Police_

☐ School Zone 11.20.150 ____
☐ No Proof Ins. 11.13.010(d)
☐ Run Stop Sign 11.36.020(c)
☐ Run Red Light 11.20.060(c)___
☐ Fail Yield ROW at
   ☐ Left Turn 11.28.060
   ☐ Stop Sign 11.36.040(b)
   ☐ Yield Sign 11.36.040(c)
☐ Improper Turn 11.28.____
☐ Drive Under Influence Alco./Drug
   .08% or more b.a.t.:____
   11.38.150(a)
☐ Cannot operate veh. safely
   11.36.150(a)____

Contrary to Section(s): _11.16.050(c)_
of the Code of the City of Wichita, Kansas.

☐ ACCIDENT
☐ Property Damage
☐ Personal Injury
☐ Commercial Veh.
☐ Trans. Haz. Matter
☐ Video
☒ Booked to Jail

☐ Notice to Appear  Date _____  Time _____

**YOU ARE HEREBY SUMMONED TO APPEAR AND/OR RESPOND TO THIS CITATION**
**WITHIN TEN (10) DAYS AFTER ISSUANCE.**
(see reverse side of ticket for instructions)
Officer's Signature: _Ism wight_ I.D.# _2196_

Your signature is not an admission of guilt, but only acknowledges
receipt of this ticket and your promise to respond to this ticket in ten (10) days.
Accused's Signature: _____

19M 015817

19M 015817

84100-1218  RR Donnelley ©2019. All rights reserved. - 0667

**Uniform Complaint & Notice to Appear**
**Municipal Court, City of Wichita,**
**Sedgwick County, State of Kansas**
Page ___ of ___ Pages

WPD Case No.: 2 1 C 0 1 1 2 7 1
COPY OF COMPL.

**19M 015816**
& NOTICE TO APPEAR
☐ Sign Lang. Interp.

THE UNDERSIGNED HEREBY DECLARES UNDER PENALTY OF PERJURY THAT
THE FOLLOWING IS TRUE AND CORRECT:
ON THE ____ DAY OF _____, 20 21 AT 9 1 5 M

Last Name: M a n k l e y   J R

First Name: G a b r i e l          M.I. D

| BIRTH DATE | AGE | RACE/SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|
| 2 5 86 | | B/M | 600 | 185 |

| D.L.# | CLASS | STATE | SOC. SEC. #(if different) |
|---|---|---|---|
| K01353212 | C | KS | 513060208 |

HOME STREET ADDRESS: 770-568-4876

| CITY | STATE | ZIP | HOME PHONE |
|---|---|---|---|
| Wichita | KS | 67218 | 770-568-4876 |

BUSINESS NAME/ADDRESS/TELEPHONE
did unlawfully at: 2-20 to Keloss
Approximate Location of Offense Charged
WITHIN THE CORPORATE LIMITS OF THE CITY OF WICHITA, SEDGWICK CO., KS.,
DID OPERATE A VEHICLE:

| Make | Model | Color |
|---|---|---|
| KS | Camry | White |

Vehicle License Mo. / Yr.   State   County   License Plate No.
AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

☐ Speed _____ MPH in a _____ MPH ZONE Radar# ____
11.24.
☐ No D.L. in Poss. 11.42.010
☐ D.L. Restrict. 11.42.035(a)
☐ Drive While Susp. 11.42.030(c)
☐ Seat Belt Viol. 11.38.285
☐ Child<4 Restr. 11.38.370(a)
☐ Defective Equipment Viol.
11.60.
☒ Auto License Viol. 11.38.300
☐ Inattentive Driving 11.38.175
☐ Careless Drive 11.38.170
☐ Reckless Drive 11.38.160(a)
☐ Transport Open Container
11.38.158(b)
☒ Other Violations:

☐ School Zone 11.20.150 ____
☐ No Proof Ins. 11.13.010(d)
☐ Run Stop Sign 11.36.020(c)
☐ Run Red Light 11.20.060(c)
☐ Fail Yield ROW at
  ☐ Left Turn 11.28.060
  ☒ Stop Sign 11.36.040(b)
  ☐ Yield Sign 11.36.040(c)
☐ Improper Turn 11.28.____
☐ Drive Under Influence Alco./Drug
  .08% or more b.a.t.: ____
  11.38.150(a)
☐ Cannot operate veh. safely
  11.38.150(a)

Contrary to Section(s): 11 38 300(A)
of the Code of the City of Wichita, Kansas.

☐ ACCIDENT
☐ Property Damage
☐ Personal Injury
☐ Commercial Veh.
☐ Trans. Haz. Matter
☐ Video
☒ Booked to Jail

☐ Notice to Appear  Date _____ Time _____

**YOU ARE HEREBY SUMMONED TO APPEAR AND/OR RESPOND TO THIS CITATION**
**WITHIN TEN (10) DAYS AFTER ISSUANCE.**
(see reverse side of ticket for instructions)
Officer's Signature: _____  I.D.# ____

Your signature is not an admission of guilt, but only acknowledges
receipt of this ticket and your promise to respond to this ticket in ten (10) days.
Accused's Signature: _____

19M 015816

Uniform Notice to Appear and Complaint
**EASTBOROUGH POLICE DEPARTMENT**
Municipal Co. - City of Eastborough
Sedgwick County, State of Kansas, SS:
THE UNDERSIGNED HEREBY DECLARES UNDER
PENALTY OF PERJURY THAT THE FOLLOWING
IS TRUE AND CORRECT.

Eastborough
Exhib. 40756

COPY OF COMPL.

**NOTICE TO APPEAR**

ON THE _____ DAY OF _____ , _____ AT _____ HOURS
In Eastborough, Sedgwick County, Kansas

Last Name

First Name                          Middle Initial

**STREET ADDRESS**

**CITY**          **STATE**          **ZIP**          **PHONE**

**BIRTH DATE**     **RACE/SEX**      **HT.**   **WT.**   **HAIR**   **EYES**

**DR. LIC. #**                         **STATE**          **CLASS**

**YR.**   **MAKE**   **MODEL**   **STYLE**   **COLOR**

**LICENSE #**                         **STATE**          **YR.**

DID UNLAWFULLY AT

WITHIN THE CORPORATE LIMITS OF THE ABOVE NAMED CITY, COUNTY AND STATE, OPERATE
A VEHICLE AND DID THEN AND THERE COMMIT THE FOLLOWING:

- ☐ Speeding Drive _____ MPH in a _____ MPH zone   Radar # _____
- ☐ Run Stop Sign       ☐ School Zone       ☐ Turn Violation
- ☐ Inattentive Driving  ☐ Driver's Lic. Violation
- ☐ Restraint Violation  ☐ Run Red Light    ☐ Failed to Yield ROW
- ☐ Auto Tag Violation   ☐ No Proof of Liability Insurance
- ☐ Suspended / Cancelled / Revoked
- ☐ Other Violation _____

- ☐ Accident       ☐ Prop. Damage      ☐ Pers. Injury      ☐ Commercial Vehicle
- ☐ Transporting Hazardous Material    ☐ Notice to Appear   ☐ Booked

**CONTRARY
TO ORDINANCE** _____ **SECTION(S)** _____

OF THE CODE OF THE CITY OF EASTBOROUGH, KANSAS YOU ARE HEREBY SUMMONED TO APPEAR

BEFORE THE CITY COURT OF EASTBOROUGH, KANSAS AT 1 DOUGLAS ON THE _____ DAY OF

_____ , _____ AT 6:00 P.M. TO

ANSWER THE ABOVE COMPLAINT.

**OFFICER'S
SIGNATURE** _____ **I.D. NO.** _____

**CLERK OF THE MUNICIPAL COURT** _____ **DEP.** _____

**WARRANT FILED THIS DATE** _____

Acknowledgement of receiving notice to appear.

X _____
**SIGNATURE**
I PROMISE TO APPEAR IN SAID COURT AT SAID TIME AND PLACE

40756

FINE _____

☐ COURT APPEARANCE REQUIRED

☐ 10 WORKING DAYS TO PROVIDE PROOF OF INSURANCE

CASE NO. _____

**Uniform Complaint & Notice to Appear**
**Municipal Court, City of Wichita,**
**Sedgwick County, State of Kansas**
Page  5  of  3  Pages

WPD
Case No.:

COPY OF COMPL.

19M 015818

& NOTICE TO APPEAR
☐ Sign Lang. Interp.

THE UNDERSIGNED HEREBY DECLARES UNDER PENALTY OF PERJURY THAT
THE FOLLOWING IS TRUE AND CORRECT:
ON THE ___ DAY OF _April_ , 20 _21_ AT _2115_ M

Y a i n k e y
**Last Name**

B o b b i c l                    (I)
**First Name**                  **M.I.**

2-5-86           B/m   600   185
**BIRTH DATE**   **AGE**   **RACE/SEX**   **HEIGHT**   **WEIGHT**

1801  35·3212      C      ILS   513  06·2208
**D.L.#**   **CLASS**   **STATE**   **SOC. SEC. #(if different)**

Wichita                        770·568·4816
**CITY**   **STATE**   **ZIP**   **HOME PHONE**

HOME STREET ADDRESS

**BUSINESS NAME/ADDRESS/TELEPHONE**
did unlawfully at: ___
**Approximate Location of Offense Charged**

WITHIN THE CORPORATE LIMITS OF THE CITY OF WICHITA, SEDGWICK CO., KS.,
DID OPERATE A VEHICLE:
**Make**   **Model**   **Color**

Vehicle License No. / Yr.   State   County   License Plate No.
AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

☐ Speed ___ MPH in a ___ MPH ZONE Radar# ___
11.24.
☐ No D.L. in Poss. 11.42.010
☐ D.L. Restrict. 11.42.035(a)
☐ Drive While Susp. 11.42.030(c)
☐ Seat Belt Viol. 11.38.285___
☐ Child<4 Restr. 11.38.370(a)___
☐ Defective Equipment Viol.
11.60.___
☐ Auto License Viol. 11.38.300___

☐ Inattentive Driving 11.38.175
☐ Careless Drive 11.38.170___
☐ Reckless Drive 11.38.160(a)
☐ Transport Open Container
11.38.158(b)
☐ Other Violations: ___

☐ School Zone 11.20.150
☐ No Proof Ins. 11.13.010(d)
☐ Run Stop Sign 11.36.020(c)
☐ Run Red Light 11.20.060(c)
☐ Fail Yield ROW at
☐ Left Turn 11.28.060
☐ Stop Sign 11.36.040(b)
☐ Yield Sign 11.36.040(c)
☐ Improper Turn 11.28.___
☐ Drive Under Influence Alco./Drug
.08% or more b.a.t.:
11.38.150(a)
☐ Cannot operate veh. safely
11.38.150(a)

Contrary to Section(s): ___
of the Code of the City of Wichita, Kansas.

☐ ACCIDENT
☐ Property Damage
☐ Personal Injury
☐ Commercial Veh.
☐ Trans. Haz. Matter
☐ Video
☒ Booked to Jail

☐ Notice to Appear  Date ___ Time ___

**YOU ARE HEREBY SUMMONED TO APPEAR AND/OR RESPOND TO THIS CITATION**
**WITHIN TEN (10) DAYS AFTER ISSUANCE.**
(see reverse side of ticket for instructions)
Officer's Signature: ___   I.D.# ___

receipt of this ticket and your promise to respond to this ticket in ten (10) days.
Your signature is not an admission of guilt, but only acknowledges
Accused's Signature:

19M 015818

WPD
Case No.:

**Uniform Complaint & Notice to Appear**
**Municipal Court, City of Wichita,**
**Sedgwick County, State of Kansas**
**Page ___ of ___ Pages**

COPY OF COMPL.

19M 028142

☐ & NOTICE TO APPEAR
☐ Sign Lang. Interp.

THE UNDERSIGNED HEREBY DECLARES UNDER PENALTY OF PERJURY THAT
THE FOLLOWING IS TRUE AND CORRECT:
ON THE ____ DAY OF _____, 20__ , AT ____ M

| Last Name |
| --- |
| M a r k l e y   J R |

| First Name | M.I. |
| --- | --- |
| H a l l i e |   | M |

B M

2 / 5 / 86

| BIRTH DATE | AGE | RACE/SEX | HEIGHT | WEIGHT |
| --- | --- | --- | --- | --- |
| 201 35 3212 | | K S | | |

D/L# _____   CLASS ___ STATE ___   SOC. SEC. #(if different)

HOME STREET ADDRESS

Wichita

| CITY | STATE | ZIP | HOME PHONE |

BUSINESS NAME/ADDRESS/TELEPHONE

did unlawfully at: _____
Approximate Location of Offense Charged

WITHIN THE CORPORATE LIMITS OF THE CITY OF WICHITA, SEDGWICK CO., KS,
DID OPERATE A VEHICLE:

| Make | Model | Color |
| --- | --- | --- |

Vehicle License Mo. / Yr.   State   County   License Plate No.
AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

☐ Speed ____ MPH in a ____ MPH ZONE Radar# _____
11.24.____
☐ No D.L. in Poss. 11.42.010
☐ D.L. Restrict. 11.42.035(a)
☐ Drive While Susp. 11.42.030(c)
☐ Seat Belt Viol. 11.38.285____
☐ Child<4 Restr. 11.38.370(a)____
☐ Defective Equipment Viol.
11.60._____
☐ Auto License Viol. 11.38.300____

☐ School Zone 11.20.150 ____
☐ No Proof Ins. 11.13.010(d)
☐ Run Stop Sign 11.36.020(c)
☐ Run Red Light 11.20.060(c)____
☐ Fail Yield ROW at
☐ Left Turn 11.28.060
☐ Stop Sign 11.36.040(b)
☐ Yield Sign 11.36.040(c)
☐ Improper Turn 11.28.____

☐ Inattentive Driving 11.38.175
☐ Careless Drive 11.38.170____
☐ Reckless Drive 11.38.160(a)
☐ Transport Open Container
11.38.158(b)____
☐ Other Violations:_____

☐ Drive Under Influence Alco./Drug
.08% or more b.a.t.:_____
11.38.150(a)____
☐ Cannot operate veh. safely
11.38.150(a) _____

Contrary to Section(s):_____
of the Code of the City of Wichita, Kansas.

☐ ACCIDENT
☐ Property Damage
☐ Personal Injury
☐ Commercial Veh.
☐ Trans. Haz. Matter
☑ Video
☐ Booked to Jail

☐ Notice to Appear  Date _____ Time _____

**YOU ARE HEREBY SUMMONED TO APPEAR AND/OR RESPOND TO THIS CITATION**
**WITHIN TEN (10) DAYS AFTER ISSUANCE.**
(see reverse side of ticket for instructions)
Officer's Signature: _____   I.D.# _____

Accused's Signature:
Your signature is not an admission of guilt, but only acknowledges
receipt of this ticket and your promise to respond to this ticket in ten (10) days.

19M 028142

Gabriel D Yankee Jr
**DEFENDANT'S NAME**    ☐ **DOMESTIC VIOLENCE**

● **UNIFORM CRIMINAL COMPLAINT AND NOTICE TO APPEAR** ●

‖‖‖‖‖‖‖‖‖‖
* 1 1 D 3 3 0 4 4 *

Municipal Court
City of Wichita
Sedgwick County

**FIRST APPEARANCE COPY**

Complaint No. **11D33044**

Docket No. ___ 21CM000743
Case No. ___ 21C019271

The undersigned declares, under penalty of perjury, that the following is true and correct: that on the
____ day of _____, _____ at _____ M.

NAME _Gabriel D Yankee Jr_____ ADDRESS _____ 1645 S Woodlawn___

RACE/SEX _B/m_ DOB _____ PHONE NO. _____ CITY _Wichita_ STATE _Ks_

SS # _____ BUSINESS ADDRESS _____

DID AT _____

CITY OF WICHITA, SEDGWICK COUNTY, KANSAS, then and there unlawfully:

☐ **PETIT THEFT**
With intent to deprive the owner permanently of possession, use, or benefit of property by obtaining or exerting unauthorized control of property or services having a value of less than $1,500
To wit: _____
Value: _____
Belonging to _____
CONTRARY TO ORDINANCE NO. 5.42.010a OF THE CODE OF THE CITY OF WICHITA.

☐ **POSSESSION OF DRUG PARAPHERNALIA ILLEGAL**
Did use or possess with intent to use drug paraphernalia: to use, store, contain, conceal, inject, ingest, inhale, or otherwise introduce into the human body a controlled substance in violation of the uniform controlled substances act.
To wit: _____

CONTRARY TO ORDINANCE NO. 5.26.030(a)(2) OF THE CODE OF THE CITY OF WICHITA.

☒ **OTHER**
Knowingly obstruct Off. Km Dykstra #2196 in the service or execution of a process or in the discharge of any official duty by fleeing from a lawful car stop in his vehicle.
_____

CONTRARY TO ORDINANCE NO. __5 72 010(b)__ OF THE CODE OF THE CITY OF WICHITA.

☒ OFFICER COMPLAINING WITNESS        ☐ CIVILIAN COMPLAINING WITNESS

_Km Dykstra 2196_
**SIGNATURE OF OFFICER**                                           **COMPLAINANT**

EXECUTED ON (date) _____
SUBSCRIBED AND SWORN TO BEFORE ME, THIS ____ DAY OF _____, _____

_____ Court Clerk  P.T. Deputy Court Clerk

## NOTICE TO APPEAR

THE CITY OF WICHITA, KANSAS, To the Above-Named person:
You are hereby summoned to appear before the Municipal Court of Wichita, Kansas at 455 North Main, 3rd Floor, on the
____ day of _____, _____, at _____ ____ M., to answer to the above complaint.
**If you fail to appear, a Warrant will be issued for your arrest.**
Dated:_____, _____.  _____
                                                      **SIGNATURE OF OFFICER**
I AGREE TO APPEAR IN MUNICIPAL COURT AT THE STATED TIME AND PLACE AND HAVE BEEN SERVED MY COPY OF THE COMPLAINT.

_____

Form 15-225R7/17    www.wichita.gov          SIGNATURE OF ACCUSED PERSON

**UNIFORM NOTICE TO APPEAR AND COMPLAINT**
**Kansas Highway Patrol**

Case No. _____ County - Judicial District 18-SG

**State of Kansas**
**County of SEDGWICK**

The Undersigned, Being Duly Sworn, Upon their Oath, Deposes and Says:

On the 11 day of January, 2022 at 22:38 (Time)

**Last Name, Suffix:** YANKEY

First: GABRIEL          Middle: DESMOND JR

**Street Address:** 1645 S WOODLAWN BLVD

City: WICHITA          State: KS     Zip Code: 67218

DOB: 2/5/1986          Sex: M     Wt: 185     Ht: 6' 0"

**DL State:** KS     **DL No:** K01353212     ☐CDL

Within the limits of the above named county and state at

**Location:** WB 7900 BLOCK W 13TH ST N

Did Unlawfully Operate a Year: 2010     **Make:** MERCEDES-BENZ

**Model:** CL550          **VIN:** WDDEJ8GB9AA024954

**Lic. No:** 609NCD          **Lic. Yr:** 2021     **Lic. State:** KS

And did there and then commit the following:

☐Accident ☐Commercial Veh. ☐Haz. Mat. ☐Con. Zone ☐School Zone

**Speeding** ☐Pace ☒Radar ☐Stopwatch ☐Lidar ☐Aircraft ☐Other

Alleged Speed 54 _ Legal Speed 40 _ ID No. _____

| | | |
|---|---|---|
| 1 | **E002973776**  ☒Infr. ☐Misdemeanor ☐Felony ☐Unk. Severity | |
| | Violation: OPER VEH IN EXCESS OF MAXIMUM LAWFUL SPEED | |
| | Section No. 08-1558 | COURT |
| | KAR No. _____ CFR No. _____ | |
| 2 | **E002973777**  ☐Inf. ☒Misdemeanor ☐Felony ☐Unk. Severity | |
| | Violation: OPER UNREG VEH EXP TAG OR NO PLATE INCL >2M TRAILER | |
| | Section No. 08-0142(1) | COURT |
| | KAR No. _____ CFR No. _____ | |
| 3 | **E002973778**  ☐Inf. ☒Misdemeanor ☐Felony ☐Unk Severity | |
| | Violation: DRIVING IN VIOL OF COURT ORDERED DL RESTRICTIONS | |
| | Section No. 08-0292 | COURT |
| | KAR No. _____ CFR No. _____ | |
| 4 | **E002973779**  ☒Inf. ☐Misdemeanor ☐Felony ☐Unk. Severity | |
| | Violation: MOTOR VEH NOT EQUIPT WITH REQ'D /DFCTV HEAD LAMPS | |
| | Section No. 08-1705 | Warning |
| | KAR No. _____ CFR No. _____ | |
| 5 | ☐Inf. ☐Misdemeanor ☐Felony ☐Unk. Severity | |
| | Violation: _____ | |
| | Section No. _____ | |
| | KAR No. _____ CFR No. _____ | |
| 6 | ☐Inf. ☐Misdemeanor ☐Felony ☐Unk. Severity | |
| | Violation: _____ | |
| | Section No. _____ | |
| | KAR No. _____ CFR No. _____ | |

☒**MUST APPEAR in court if marked**

Docket Fee _____

Total Due   COURT

**NOTICE TO APPEAR:** Must appear on or before:
2/10/2022 at 8:30 AM

**SEDGWICK COUNTY DISTRICT COURT**

Mail. Addr.
525 N MAIN 7TH FLOOR          Bond Amount:$ _____
WICHITA KS 672033773

Phys. Addr.
525 N MAIN 5TH FLOOR          Clerk Phone: (316) 660-9150
WICHITA KS 672033773          Fax Number: (316) 941-5360

**Pay Online: www.citepayusa.com/ks**

**Resolution:** Signed Personal Recognizance

Officer: ERIVES, L.          No. 480

Asst. Officer: _____          No. _____

**Agency:** Kansas Highway Patrol   Agency No. KSKHPQ000

Acknowledges that the person (offender) promises to appear on or before the date set at or with the
_____

**KANSAS HIGHWAY PATROL**

SERVICE - COURTESY - PROTECTION
www.KansasHighwayPatrol.org

**READ CAREFULLY**

**INFRACTION**

If you have been charged with violating a state statute that is an infraction, you have a right to appear, a right to plead not guilty and a right to a trial.

However, if you do not wish to appear or plead not guilty, you may enter a written appearance, waive your right to trial, enter a plea of guilty OR no contest and pay the specified FINE AND DOCKET FEE by mailing your CHECK OR MONEY ORDER ONLY to the District Court identified to the left or by going to: www.citepayusa.com/ks

**Appearance, Plea and Waiver**

I, the undersigned, do hereby enter my appearance on the complaint of the infraction violation(s) on this Notice to Appear. I have been informed of my right to trial, that my signature on this plea of guilty will have the same force and effect as a judgment of the court, and that this record will be sent to the licensing authority of this state or the state where I received my license to drive. I do hereby PLEAD GUILTY/NO CONTEST to said violation as charged and WAIVE my right to a hearing by the court or jury and agree to pay the penalty prescribed for the violation.

☐GUILTY          ☐NO CONTEST

SIGNATURE _____

Failure to appear in court or contact the court at the time specified on this Notice to Appear may result in a warrant being issued for your arrest and will result in the suspension or revocation of driving privileges.

**MISDEMEANOR**

If you have been charged with violating a state statute that is a misdemeanor, you have a right to appear, a right to plead not guilty and a right to a trial. In cases of misdemeanor violations you are required to contact the court listed on this Notice to Notice to Appear by telephone, by mail, appear in person or have an attorney represent you to enter a plea to the charge.

ALL TRAFFIC FINES FOR VIOLATIONS OF STATE LAW ARE PAID INTO THE STATE TREASURY TO BE CREDITED TO THE STATE GENERAL FUND.

THIS COPY OF THE NOTICE TO APPEAR SERVES AS A RECEIPT FOR ANY BOND POSTED.

K.S.A. 8-2119(d): A person being charged by a law enforcement officer shall be deemed to have signed a citation or notice to appear as provided in K.S.A. 8-2106 and 8-2107, and amendments thereto, if the person physically signs the paper citation or notice to appear document or, in the case of an electronic citation or notice to appear, verbally acknowledges that the person promises to appear on or before the date set at or with the designated court. To secure a verbal promise to appear, the law enforcement officer shall ask,

**"Do you agree to appear before the _____ court on or before (date)?"**

The officer shall accurately record the response of the person being charged as:
Yes, No or No Response.

**SEATBELTS - We enforce because we care.**