## In the United States District Court
## for the District of Kansas

————————

Case No. 5:22-1048-TC-TJJ

————————

GABRIEL DESMOND YANKEY, JR.,

*Plaintiff*

v.

KANSAS HIGHWAY PATROL, ET AL.,

*Defendants*

————————

## ORDER ADOPTING REPORT & RECOMMENDATION

Magistrate Judge Teresa J. James issued a Report and Recommendation that Plaintiff Gabriel Desmond Yankey, Jr.'s claims against Kansas Highway Patrol, Wichita Municipal Court, Goddard Municipal Court, Derby Police Department, Kansas District Court, Eastborough Police Department, Tenth Circuit Court and several individuals be dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). Doc. 8 at 5. The R&R allowed Defendant Yankey 14 days after service to file any objections. Doc. 8 at 6.

D. Kan. Rule 5.1(c)(3) provides that each pro se party must notify the clerk in writing of any change of address, and that any notice mailed to the last address of record will be sufficient notice. As the R&R was mailed to the last address of record for the Plaintiff, it is therefore deemed sufficiently served. More than fourteen days have passed without Plaintiff having filed any written objections. Therefore, the Court finds that in the absence of objections to the R&R, it should be adopted

IT IS THEREFORE ORDERED that the R&R be adopted and this case be dismissed.  Doc. 8 is adopted at this Court's own order, and this case is dismissed.

IT IS SO ORDERED.

Date:  June 7, 2022          _s/ Toby Crouse_____

                            Toby Crouse
                            United States District Judge